CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

PATRICK HULETT, et al.
_____
                         Plaintiff(s)

vs.                                        Civil Action No.: 1:25-cv-00695-RDM

ISLAMIC REPUBLIC OF IRAN
_____
                         Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Islamic Republic of Iran
Seyyed Abbas Araghchi
Minister of Foreign Affairs
Ministry of Foreign Affairs
Imam Khomeini St., Imam Khomeini Sq.
Tehran, Iran

by: (check one)
- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): (certification is not applicable in this case)_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

                                                    /s/ Nicholas Reddick
                                                        (Signature)

Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
333 Bush St.
San Francisco, CA 94104
Tel: (415) 858-7400; Fax: (415) 858-7599
NReddick@willkie.com

                                                   (Name and Address)