**WILLKIE FARR & GALLAGHER** LLP

1875 K Street, N.W.
Washington, DC 20006-1238

Tel: 202 303 1000
Fax: 202 303 2000

April 8, 2025

<u>VIA ECF & COURIER</u>

Angela D. Caesar
Office of the Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Request for Service of Process on the Defendant, the Islamic Republic of Iran, in *Hulett, et al. v. Islamic Republic of Iran*, No. 1:25-cv-00695-RDM

Dear Ms. Caesar:

      On behalf of Plaintiffs Patrick Hulett, et al. ("Hulett") in the above-captioned matter, we write to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service on Defendant, the Islamic Republic of Iran ("Iran").

      Service on Iran under 28 U.S.C. § 1608(a)(3) is warranted here. Plaintiffs and Iran do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), and service on Iran is not permitted by any applicable international convention on service of judicial documents pursuant to 28 U.S.C. § 1608(a)(2). Here, service is directed to:

> Islamic Republic of Iran
> Seyyed Abbas Araghchi
> Minister of Foreign Affairs
> Ministry of Foreign Affairs
> Imam Khomeini St., Imam Khomeini
> Sq. Tehran, Iran

      We will file this letter electronically as an exhibit to the Affidavit Requesting Foreign Mailing, and then deliver to the Office of the Clerk the following:

      (1) one copy of the Affidavit Requesting Foreign Mailing (including this letter);

      (2) one copy of the Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing;

(3) one copy of the summons, complaint, and notice of suit (attached to which is a copy of the Foreign Sovereign Immunities Act), and Farsi translations thereof;

(4) a properly addressed envelope and the correct amount of postage, including one PS Form 2865 Return Receipt for International Mail; one Label 200; one PS Form 3806 Receipt for Registered Mail; and one PS Form 2976 U.S. Customs Declaration and Dispatch Note.

*See* U.S. District Court for the District of Columbia, Attorney Manual for Service of Process on a Foreign Defendant (July 2024), at 2, *available at* https://www.dcd.uscourts.gov/sites/dcd/files/AttyForeignMailingChecklist2024.pdf.

    I respectfully request that the Clerk's Office take the necessary steps to dispatch these materials to effect service on Defendant pursuant to 28 U.S.C. § 1608(a)(3) via U.S. Postal Service, Registered Mail, Return Receipt Requested.  Plaintiffs' counsel will then return the stamped receipt for Registered Mail to the Clerk's Office for Docketing.  Should this attempt at service pursuant to 28 U.S.C. § 1608(a)(3) prove unsuccessful within 30 days, we are prepared to attempt service under 28 U.S.C. § 1608(a)(4).

    Thank you for your assistance with this matter.  Should questions regarding this request arise, please do not hesitate to contact me at (415) 858-7595 or NReddick@willkie.com.

    Respectfully submitted,

*/s/ Nicholas Reddick*
Nicholas Reddick

*Enclosures*