

```
         UNITED STATES
         POSTAL SERVICE.

         FRANCES PERKINS
      200 CONSTITUTION AVE NW
       WASHINGTON, DC 20210-0002
            (800)275-8777

  04/09/2025                    12:30 PM
  ----------------------------------------
                Duplicate
  ----------------------------------------
  Product              Qty    Unit   Price
                              Price
  ----------------------------------------
  First-Class Package   1            $38.35
  Intl Service™
      Iran (Islamic Republic of)
      Weight: 1 lb 9.10 oz
      Go to www.usps.com
         to track your shipment
      Registered #:
         RH004242546US
      Registered                     $21.75
         Amount: $0.00
      Return Receipt                  $5.80
  Total                              $65.90
  ----------------------------------------

  Grand Total:                       $65.90

  Credit Card Remit                  $65.90
      Card Name: VISA
      Account #: XXXXXXXXXXXX8958
      Approval #: 404598
      Transaction #: 486
      AID: A0000000980840     Contactless
      AL: US DEBIT
  ----------------------------------------

      For updated information about
   International Service Disruptions, visit:
            www.usps.com/intl/alerts

   Save this receipt as evidence of mailing.
    For information on filing a claim go to
        https://www.usps.com/help/claims.htm
             or call 1-800-222-1811

     To save time, you can complete your
       International Mail Customs Form
    online and bring it with your package
       to a Post Office where you can pay
    postage. Or, use Click-N-Ship service
      online to ship packages from your
             home or office. Go to
       https://www.usps.com/intl/customs.htm

      In a hurry? Self-service kiosks offer
        quick and easy check-out (For
      international mail, only First-Class Mail
      International Letters & Large Envelopes
         are offered on SSK) Any Retail
        Associate can show you how.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
         https://informeddelivery.usps.com

     All sales final on stamps and postage.
      Refunds for guaranteed services only.
          Thank you for your business.

         Tell us about your experience.
      Go to: https://postalexperience.com/Pos
      or scan this code with your mobile device.

              or call 1-800-410-7420.
  ----------------------------------------

  UFN: 105027-0216
  Receipt #: 840-52000467-2-2045017-2
  Clerk: 16
```